AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GREGORY HUMPHREY,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 124-240

JARED T. WILLIAMS, District Attorney;
JOHN TARPLEY, Investigator; KEAGAN
WAYSTACK, Assistant District Attorney;
and PATRICK BROWN, Gang Unit Investigator,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 16, 2025 adopting the U.S. Magistrate Judge's Report and Recommendations as the opinion of this Court, this case is dismissed without prejudice. This case stands closed.



April 16, 2025      John E. Triplett, Clerk of Court
*Date*      *Clerk*

*(By) Deputy Clerk*